# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK R. ZANA,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85206

FILED

SEP 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a purported district court order denying a "Rule 60 B motion to correct a mistake in accordance with 8th Judicial District Court rule 3.20(c)." Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the motion when appellant filed the notice of appeal on August 17, 2022. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-27496

cc: Hon. Crystal Eller, District Judge
Mark R. Zana
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA